JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ RAZAGHI, et al., | Case No. CV 25-11951 FMO (MARx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ROBERT LUNA, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 19th day of December, 2025.

/s/
Fernando M. Olguin
United States District Judge